James CLEMONS *v.* STATE of Arkansas

644 S.W.2d 272

Supreme Court of Arkansas
Opinion delivered January 10, 1983

*Guthrie, Burbank & Dodson,* by: *David F. Guthrie,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Asst. Atty. Gen., for appellee.

PER CURIAM. James Clemons was convicted and sentenced to a term of ten years for being an accomplice to aggravated robbery. His attorney, David F. Guthrie, gave a notice of appeal but did not file the record within the period allowed. His attorney has admitted that the late filing of the record was a mistake on his part. The error is good cause to grant the motion for a rule on the Clerk. A copy of this opinion will be forwarded to the Committee on Professional Conduct.